UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS J. CAGGIANO,

    Plaintiffs,

v.                                      Case No. 24-CV-00663-TJC-SJH

DUVAL COUNTY SCHOOL BOARD,

    Defendants.
_____/

## JOINT STATUS REPORT

Pursuant to this Court's Order (Doc. 39), the parties file their joint status report as follows:

1. The parties have agreed to settlement terms.

2. The parties hereby request an additional ninety (90) days to memorialize the agreement, obtain final approval from the Duval County School Board at its October board meeting, and file a joint dismissal with the Court.

Dated this 18th day of July, 2025.

| | |
|---|---|
| **LAW OFFICES OF** | **OFFICE OF GENERAL COUNSEL** |
| **KELLY B. MATHIS** | **CITY OF JACKSONVILLE** |
| | |
| _____ | ___/s/ Laura Boeckman_____ |
| **Kelly B. Mathis** | **Laura J. Boeckman** |
| Fla. Bar No.: 0768588 | Florida Bar No.: 527750 |
| 3577 Cardinal Point Drive | 117 West Duval Street, Suite 480 |
| Jacksonville, FL 32257 | Jacksonville, Florida 32202 |
| (904) 549-5755 | Tel: (904) 255-5100 |

| | |
|---|---|
| Primary: kmathis@mathislaw.net<br>Secondary: callen@mathislaw.net<br>samantha@mathislaw.net<br>*Attorney for Plaintiff* | Fax: (904) 255-5120<br>LBoeckman@coj.net<br>*Counsel for Duval County School Board* |