UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS J. CAGGIANO,

    Plaintiffs,

v.                                                      Case No. 24-CV-00663-TJC-SJH

DUVAL COUNTY SCHOOL BOARD,

    Defendants.

_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to this Court's Order (Doc. 41), plaintiff THOMAS J. CAGGIANO and defendant DUVAL COUNTY SCHOOL BOARD, jointly file this motion for dismissal with prejudice and request that this court dismiss this action with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated this 29th day of October, 2025.

[*Signatures on next page*]

1

| LAW OFFICES OF KELLY B. MATHIS | OFFICE OF GENERAL COUNSEL |
|---|---|
| _____ <br> **Kelly B. Mathis** <br> Fla. Bar No.: 0768588 <br> 3577 Cardinal Point Drive 480Jacksonville, FL 32257 <br> (904) 549-5755 <br> Primary: kmathis@mathislaw.net <br> Secondary: callen@mathislaw.net <br> samantha@mathislaw.net <br> *School Attorney for Plaintiff* | */s/ Laura Boeckman*_____ <br> **Laura J. Boeckman** <br> Florida Bar No.: 527750 <br> 117 West Duval Street, Suite <br> Jacksonville, Florida 32202 <br> Tel: (904) 255-5100 <br> Fax: (904) 255-5120 <br> LBoeckman@coj.net <br> *Counsel for Duval County Board* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served electronically this 29th day of October, 2025, via electronic mail to Laura Boeckman, Esq. at LBoeckman@coj.net Counsel for Defendant Duval County School Board.

_____
Attorney